**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TAMMIE L. MCKNIGHT,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:05-cv-444-Orl-28DAB**

**ORLANDO UTILITIES COMMISSION,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Motion to Dismiss Complaint with Prejudice (Doc. No. 24) filed February 6, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and considering the objection filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 10, 2006 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Complaint with Prejudice (Doc. No. 24) is **GRANTED**, and this case is **DISMISSED with prejudice**. The Clerk of Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of April, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party